United States District Court
Southern District of New York
―――――――――――――――――――――x

PAUL MARTINEZ,

        Plaintiff,

-against-

VERIZON, INC.,

        Defendant.

―――――――――――――――――――――x

June 30, 2008

Civil Action No. 08 Civ. 3060

NOTICE OF APPEARANCE

    Elizabeth S. Torkelsen, Esq. of Epstein Becker & Green, P.C., hereby appears as additional counsel of record for the Defendant, Verizon, Inc.

                      THE DEFENDANT,
                      VERIZON, INC.

        By: _____
                   Elizabeth S. Torkelsen
                   (ET-8863)
                   Epstein Becker & Green, P.C.
                   One Landmark Square, Suite 1800
                   Stamford, Connecticut 06901
                   (203) 326-7417

                      and

                   250 Park Avenue
                   New York, New York 10177-1211
                   (212) 351-4500