United States District Court
Southern District of New York

―――――――――――――――――――――x

PAUL MARTINEZ,

          Plaintiff,

-against-

VERIZON, INC.,

          Defendant.

―――――――――――――――――――――x

June 30, 2008

Civil Action No. 08 Civ. 3060

STIPULATION AND/OR MOTION TO HOLD TIME TO ANSWER IN ABEYANCE OR TO EXTEND TIME TO ANSWER OR MOVE FOR 30 DAYS PENDING FINALIZATION OF SETTLEMENT PAPERS.

      The above-captioned matter having been resolved pursuant to an arbitration proceeding in a related matter, the Plaintiff's counsel agrees that Defendant should not be required to file an answer or move in response to the Complaint and the parties agree to hold in abeyance and/or move for a 30-day extension of Defendant's time to answer or move, pending finalization of settlement papers.

                            THE DEFENDANT,
                            VERIZON, INC.

By: *[signature]*
      Elizabeth S. Torkelsen
      (ET-8863)
      Epstein Becker & Green, P.C.
      One Landmark Square, Suite 1800
      Stamford, Connecticut 06901
      (203) 326-7417

      and

      250 Park Avenue
      New York, New York 10177-1211
      (212) 351-4500